**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-45299 |
| | § | |
| Chad D Arthur | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/15/2012. The undersigned trustee was appointed on 09/09/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                  $12,537.93

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $18.82 |
    | Bank service fees | $354.79 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $1,848.33 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $10,315.99 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/23/2013 and the deadline for filing government claims was 09/23/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,818.96. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,818.96, for a total compensation of $1,818.96[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/12/2015          By:    /s/ Horace Fox, Jr.
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit A

| Case No.: | 12-45299 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | | Date Filed (f) or Converted (c): | 11/15/2012 (f) |
| For the Period Ending: | 6/12/2015 | | | §341(a) Meeting Date: | 10/08/2013 |
| | | | | Claims Bar Date: | 09/23/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residential Real Estate located at 555 Ruskin Drive, Elk Grove Village, IL 60007 | $205,690.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | There are two liens on the property one for $834,932.00 to Shaumberg bank and the other for 300k to their brother in law. | | | | | |
| 2 | Elk Grove Village Bank & Trust Checking Account In Debtor's Possession | $303.33 | $303.33 | | $0.00 | FA |
| 3 | Chase Bank Checking Account In Debtor's Possession | $4,045.25 | $45.25 | | $0.00 | FA |
| 4 | Household Goods In Debtor's Possession | $500.00 | $500.00 | | $0.00 | FA |
| 5 | Clothing In Debtor's Possession | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Term Life Insurance through Reassure America Life Insurance Company | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Term Life Insurance through Protective Life Insurance Company | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Whole Life Insurance through Thrivent Financial | $2,097.50 | $0.00 | | $0.00 | FA |
| 9 | IRA | $136,535.31 | $0.00 | | $0.00 | FA |
| 10 | 128 Shares of Wintrust Financial Corporation @ $37.22 per share | $4,764.16 | $2,805.60 | | $4,653.93 | FA |
| Asset Notes: | Dkt 40 exempted 3696.67./e-mails say 1848.33 was to be exempted. Call debtor's attorney to file C exempting 1848.33 of stock. 7.25.14 e-mail to attorney. Per 7.28.14 amended C | | | | | |
| 11 | 2001 Mercedes ML320, 132,000 miles In Debtor's Possession | $2,957.00 | $557.00 | | $0.00 | FA |
| 12 | 2012 Tax refund (u) | $7,880.00 | $7,884.00 | | $7,884.00 | FA |
| Asset Notes: | Conform this asset to e-mail agreement, no exemption this asset because it was not disclosed. Debtor must amend C.7.25.14 C amended, 1848.33 exemption, moved to asset 10. | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$364,972.55     $12,095.18     $12,537.93     $0.00

**Major Activities affecting case closing:**

Status hearing 6.3.15.

Case 12-45299 Doc 64 Filed 07/20/15 Entered 07/20/15 15:50:35 Desc Main
Document Page 4 of 14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 12-45299 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | | Date Filed (f) or Converted (c): | 11/15/2012 (f) |
| For the Period Ending: | 6/12/2015 | | | §341(a) Meeting Date: | 10/08/2013 |
| | | | | Claims Bar Date: | 09/23/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Response to trustee objection due, 5.11.15.

Reply thereto due 5.25.15.
Claim objection re-filed to claim of American Chartered, after its collateral was abandoned.
Motion to abandon American Chartered collateral granted 2.25.15. Will re-file objection to American Chartered secure claim.
Objection to Am Chartered, denied. Motion to abandon real estate (subject of secured claim) of American chartered in court 2.25.14.
Claim objection filed against American Chartered Bank, set in court 1.28.15.
Mr. de 'Medici to be employed 11.24.14 and then file claim objection re American Chartered.
Determine whether to object to priority claim #1. 11.6.14
Object to Am Chartered secured claim.
Awaiting amended C removing exemption from non disclosed personal injury and exempting 1833.34 on stock. 7.28.14
Confirmed, pursuant to the 10.9.13 e-mail between myself and debtor's attorney, debtor is to receive 50% of the amount claimed as exempt for the stock or $1848.33. 6.3.14

Must object to secured claim, American Chartered Bank since attorney has withdrawn his permission to treat it as valued at zero for distribution purposes. He admits it is partially unsecured. 6.6.14
Case was transfered to me from Mr. Crane. I went to Mr. Crane's continued meeting of creditors 10.8.13, he could not enlighten me due to a conflict in his office.

I have received a tax refund, to which debtor's counsel has filed a claim of exemption. I think it is not a valid exemption, because it was filed on a refund which was not initially disclosed. She filed the exemption only after I told her I had the refund check. She agrees with my thining, but now intends to file an amended C claiming an exemption (partial) in the stock value, which was initially disclosed. 10.8.13

8 claims filed 1 and 2 filed as priority and 3 as secured 12.30.13

Must pay exemption to debtor. 3.9.14 Must pay prior to closing b/c there is no place in forms to report payments to debtor for exemptions. 4.17.14

| **Initial Projected Date Of Final Report (TFR):** | 09/15/2015 | **Current Projected Date Of Final Report (TFR):** | /s/ HORACE FOX, JR. |
|---|---|---|---|
| | | | HORACE FOX, JR. |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-45299 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2459 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/15/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2013 | (10) | Rabobank, N.A. | Liquidation of Debtors stock, Wintruste | 1129-000 | $4,653.93 | | $4,653.93 |
| 10/03/2013 | (12) | United Stated Treasury | Tax Refund 2012 | 1224-000 | $7,884.00 | | $12,537.93 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.27 | $12,519.66 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.20 | $12,499.46 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.51 | $12,479.95 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.43 | $12,458.52 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.15 | $12,440.37 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.77 | $12,421.60 |
| 04/01/2014 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $10.57 | $12,411.03 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $19.38 | $12,391.65 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.64 | $12,371.01 |
| 06/02/2014 | 5002 | Chad Arthur | CHECK VOIDED BECAUSE THE AMOUNT ISSUED WAS INCORRECT. Email dated Oct 18, 2013 states that Schedule C was to be amended so that the client can receive 50% refund on the new exemption on the stock ($3,696.67 @ 50% =$1,848.33) | 8100-003 | | $3,696.67 | $8,674.34 |
| 06/03/2014 | 5002 | VOID: Chad Arthur | CHECK VOIDED BECAUSE THE AMOUNT ISSUED WAS INCORRECT. Email dated Oct 18, 2013 states that Schedule C was to be amended so that the client can receive 50% refund on the new exemption on the stock ($3,696.67 @ 50% =$1,848.33) | 8100-003 | | ($3,696.67) | $12,371.01 |
| 06/03/2014 | 5003 | Chad Arthur | 50% of exempt portion 2012 Federal tax refund. | 8100-002 | | $1,848.33 | $10,522.68 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.75 | $10,505.93 |
| 07/29/2014 | 5004 | Chad D. Arthur | CHECK VOIDED BECAUSE IT WAS PRINTED ON REGULAR PAPER STOCK INSTEAD OF CHECK STOCK. | 8100-002 | | $1,848.33 | $8,657.60 |
| 07/29/2014 | 5004 | VOID: Chad D. Arthur | | 8100-003 | | ($1,848.33) | $10,505.93 |
| 07/29/2014 | 5005 | Chad D. Arthur | Check stopped because previously paid in check #5003 the exemption was moved from the income tax refund to the sale of stock in the most recent schedule C. | 8100-003 | | $1,848.33 | $8,657.60 |
| | | | SUBTOTALS | | $12,537.93 | $3,880.33 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-45299 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2459 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/15/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.95 | $8,640.65 |
| 08/13/2014 | 5005 | STOP PAYMENT: Chad D. Arthur | Check stopped because previously paid in check #5003 the exemption was moved from the income tax refund to the sale of stock in the most recent schedule C. | 8100-004 | | ($1,848.33) | $10,488.98 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $17.47 | $10,471.51 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.80 | $10,455.71 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $17.96 | $10,437.75 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.21 | $10,422.54 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.81 | $10,405.73 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $17.33 | $10,388.40 |
| 02/26/2015 | 5006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $8.25 | $10,380.15 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.14 | $10,365.01 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.19 | $10,348.82 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.16 | $10,332.66 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.67 | $10,315.99 |

**SUBTOTALS** $0.00 ($1,658.39)

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-45299 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2459 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/15/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $12,537.93 | $2,221.94 | $10,315.99 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $12,537.93 | $2,221.94 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,848.33 | |
| | | | **Net** | | $12,537.93 | $373.61 | |

| For the period of 11/15/2012 to 6/12/2015 | | For the entire history of the account between 10/03/2013 to 6/12/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,537.93 | Total Compensable Receipts: | $12,537.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,537.93 | Total Comp/Non Comp Receipts: | $12,537.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | ($1,474.72) | Total Compensable Disbursements: | ($1,474.72) |
| Total Non-Compensable Disbursements: | $3,696.66 | Total Non-Compensable Disbursements: | $3,696.66 |
| Total Comp/Non Comp Disbursements: | $2,221.94 | Total Comp/Non Comp Disbursements: | $2,221.94 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-45299 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2459 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/15/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $12,537.93 | $2,221.94 | $10,315.99 |

**For the period of 11/15/2012 to 6/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $12,537.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,537.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | ($1,474.72) |
| Total Non-Compensable Disbursements: | $3,696.66 |
| Total Comp/Non Comp Disbursements: | $2,221.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/15/2012 to 6/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $12,537.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,537.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | ($1,474.72) |
| Total Non-Compensable Disbursements: | $3,696.66 |
| Total Comp/Non Comp Disbursements: | $2,221.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

| Case No. | 12-45299 | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | | | | | | Date: | 6/12/2015 | | |
| Claims Bar Date: | 09/23/2013 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 10/07/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,818.96 | $1,818.96 | $0.00 | $0.00 | $0.00 | $1,818.96 |
| * 3 | AMERICAN CHARTERED BANK<br>c/o Edmond M. Burke, Esq.<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Dr., Ste. 2600<br>Chicago IL 60606 | 08/23/2013 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $4,107,544.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (3-1) Judgment on money loaned

Contact Chuhak & Tecson, ask if claim can be valued at zero for distribution since I sold no asset to which their lien attaches. 5.14.14

Dan Olswange, attorney for American Chartered indicated that for distribution purposes I can value this claim at zero since he maintains his collateral and I sold nothing upon which he has a lien. 6.2.14 Mr. Olswange withdrew his consent in e-mail of 6.4.14, though he admitted his claim was partially unsecured. File objection.

Secured claim disallowed.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BRUCE DE 'MEDICI<br><br>17W703 Butterfield Rd.,<br>Oak Brook Terrace IL 60181 | 01/17/2015 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $5,760.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| 1 | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | 07/01/2013 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $368.04 | $368.04 | $0.00 | $0.00 | $0.00 | $368.04 |

**Claim Notes:** (1-1) Documentary Stamps Tax Claim

| 2 | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | 07/01/2013 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $153,880.54 | $153,880.54 | $0.00 | $0.00 | $0.00 | $153,880.54 |

**Claim Notes:** (2-1) Sales and Use Tax Claim

* There is an objection filed for this claim

Page No: 2     Exhibit C

CLAIM ANALYSIS REPORT

| Case No.: | 12-45299 | | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | | | | Date: | 6/12/2015 |
| Claims Bar Date: | 09/23/2013 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | 07/01/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $894.53 | $894.53 | $0.00 | $0.00 | $0.00 | $894.53 |
| **Claim Notes:** | (1-1) Documentary Stamps Tax Claim | | | | | | | | | | | |
| 2a | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | 07/01/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $153,880.54 | $153,880.54 | $0.00 | $0.00 | $0.00 | $153,880.54 |
| **Claim Notes:** | (2-1) Sales and Use Tax Claim | | | | | | | | | | | |
| 4 | ECAST SETTLEMENT CORPORATION, ASSIGNEE<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York NY 10087-9262 | 09/17/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,335.10 | $4,335.10 | $0.00 | $0.00 | $0.00 | $4,335.10 |
| **Claim Notes:** | (4-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 5 | NORTH MILL EQUIPMENT FINANCE, LLC<br>c/o Dennis A. Dressler<br>Dressler Peters, LLC<br>111 W. Washington St., Ste. 1900<br>Chicago IL 60602 | 09/23/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $69,266.00 | $69,266.00 | $0.00 | $0.00 | $0.00 | $69,266.00 |
| | CHAD D. ARTHUR<br>555 Ruskin Dr.<br>Elk Grove Village IL | 06/02/2014 | Debtor Exemptions | Allowed | 8100-002 | $1,848.33 | $1,848.33 | $1,848.33 | $1,848.33 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | See 10.9.13 and 10.18.13 e-mails between, debtor's attorney, Kelly Smith and Horace Fox, that debtor would be paid 50% of the amount claimed exempt (3696.67). | | | | | | | | | | | |
| | | | | | | **$4,499,596.42** | **$391,292.04** | **$1,848.33** | **$0.00** | **$0.00** | | **$389,443.71** |

## CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 12-45299 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | ARTHUR, CHAD D | | **Date:** | 6/12/2015 |
| **Claims Bar Date:** | 09/23/2013 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $5,760.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Claims of Governmental Units - 507( | $154,248.58 | $154,248.58 | $0.00 | $0.00 | $0.00 | $154,248.58 |
| Debtor Exemptions | $1,848.33 | $1,848.33 | $1,848.33 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $228,376.17 | $228,376.17 | $0.00 | $0.00 | $0.00 | $228,376.17 |
| Real Estate - Consensual Liens | $4,107,544.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,818.96 | $1,818.96 | $0.00 | $0.00 | $0.00 | $1,818.96 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     12-45299
Case Name:    Chad D Arthur
Trustee Name: Horace Fox, Jr.

Balance on hand: $10,315.99

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $10,315.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Horace Fox, Jr., Trustee Fees | $1,818.96 | $0.00 | $1,818.96 |
| Bruce de 'Medici, Attorney for Trustee Fees | $5,000.00 | $0.00 | $5,000.00 |

Total to be paid for chapter 7 administrative expenses: $6,818.96
Remaining balance: $3,497.03

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,497.03

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $154,248.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | ---: | ---: | ---: |
| 1 | State of Florida - Department of Revenue | $368.04 | $0.00 | $8.34 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 2 | State of Florida - Department of Revenue | $153,880.54 | $0.00 | $3,488.69 |

Total to be paid to priority claims:     $3,497.03
Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $228,376.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | State of Florida - Department of Revenue | $894.53 | $0.00 | $0.00 |
| 2a | State of Florida - Department of Revenue | $153,880.54 | $0.00 | $0.00 |
| 4 | eCAST Settlement Corporation, assignee | $4,335.10 | $0.00 | $0.00 |
| 5 | North Mill Equipment Finance, LLC | $69,266.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**