UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-45299 |
|---|---|---|
| | § | |
| Chad D Arthur | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $192,095.58 | Assets Exempt: | $162,081.14 |
| Total Distributions to Claimants: | $3,497.03 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $7,192.57 | | |

3) Total gross receipts of $12,537.93 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,848.33 (see **Exhibit 2**), yielded net receipts of $10,689.60 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,630,163.00 | $4,107,544.38 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $7,952.57 | $7,192.57 | $7,192.57 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $60.00 | $154,248.58 | $154,248.58 | $3,497.03 |
| General Unsecured Claims (from **Exhibit 7**) | $1,182,986.26 | $228,376.17 | $228,376.17 | $0.00 |
| **Total Disbursements** | $7,813,209.26 | $4,498,121.70 | $389,817.32 | $10,689.60 |

4). This case was originally filed under chapter 7 on 11/15/2012. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/10/2015</u>      By:    <u>/s/ Horace Fox, Jr.</u>
                                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 128 Shares of Wintrust Financial Corporation @ $37.22 per share | 1129-000 | $4,653.93 |
| 2012 Tax refund | 1224-000 | $7,884.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,537.93** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Chad Arthur | Exemptions | 8100-002 | $1,848.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,848.33** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | American Chartered Bank | 4110-000 | $6,630,163.00 | $4,107,544.38 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,630,163.00** | **$4,107,544.38** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,818.96 | $1,818.96 | $1,818.96 |
| Arthur B. Levine Company | 2300-000 | NA | $8.25 | $8.25 | $8.25 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $10.57 | $10.57 | $10.57 |
| Green Bank | 2600-000 | NA | $354.79 | $354.79 | $354.79 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $5,760.00 | $5,000.00 | $5,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$7,952.57** | **$7,192.57** | **$7,192.57** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | State of Florida - Department of Revenue | 5800-000 | $60.00 | $368.04 | $368.04 | $8.34 |
| 2 | State of Florida - Department of Revenue | 5800-000 | $0.00 | $153,880.54 | $153,880.54 | $3,488.69 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $60.00 | $154,248.58 | $154,248.58 | $3,497.03 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | State of Florida - Department of Revenue | 7100-000 | $1,202.57 | $894.53 | $894.53 | $0.00 |
| 2a | State of Florida - Department of Revenue | 7100-000 | $0.00 | $153,880.54 | $153,880.54 | $0.00 |
| 4 | eCAST Settlement Corporation, assignee | 7100-000 | $0.00 | $4,335.10 | $4,335.10 | $0.00 |
| 5 | North Mill Equipment Finance, LLC | 7100-000 | $0.00 | $69,266.00 | $69,266.00 | $0.00 |
|  | AFNI, INC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | BLITT &GAINS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | CHASE | 7100-000 | $4,653.36 | $0.00 | $0.00 | $0.00 |
|  | CITI CARDS | 7100-000 | $44,074.57 | $0.00 | $0.00 | $0.00 |
|  | CITI MORTGAGE, INC. | 7100-000 | $242,074.00 | $0.00 | $0.00 | $0.00 |
|  | CO STAR REALTY INFORMATION INC. | 7100-000 | $16,417.00 | $0.00 | $0.00 | $0.00 |
|  | DISH NETWORK | 7100-000 | $618.69 | $0.00 | $0.00 | $0.00 |
|  | HARRIS & HARRIS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | LOYOLA UNIVERSITY HEALTH SYSTEMS | 7100-000 | $134.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| NORTHWEST COMMUNITY | 7100-000 | $1,521.06 | $0.00 | $0.00 | $0.00 |
| SHAUMBERG BANK & TRUST | 7100-000 | $872,291.01 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,182,986.26 | $228,376.17 | $228,376.17 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-45299 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | | Date Filed (f) or Converted (c): | 11/15/2012 (f) |
| For the Period Ending: | 10/10/2015 | | | §341(a) Meeting Date: | 10/08/2013 |
| | | | | Claims Bar Date: | 09/23/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residential Real Estate located at 555 Ruskin Drive, Elk Grove Village, IL 60007 | $205,690.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | There are two liens on the property one for $834,932.00 to Shaumberg bank and the other for 300k to their brother in law. | | | | | |
| 2 | Elk Grove Village Bank & Trust Checking Account In Debtor's Possession | $303.33 | $303.33 | | $0.00 | FA |
| 3 | Chase Bank Checking Account In Debtor's Possession | $4,045.25 | $45.25 | | $0.00 | FA |
| 4 | Household Goods In Debtor's Possession | $500.00 | $500.00 | | $0.00 | FA |
| 5 | Clothing In Debtor's Possession | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Term Life Insurance through Reassure America Life Insurance Company | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Term Life Insurance through Protective Life Insurance Company | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Whole Life Insurance through Thrivent Financial | $2,097.50 | $0.00 | | $0.00 | FA |
| 9 | IRA | $136,535.31 | $0.00 | | $0.00 | FA |
| 10 | 128 Shares of Wintrust Financial Corporation @ $37.22 per share | $4,764.16 | $2,805.60 | | $4,653.93 | FA |
| **Asset Notes:** | Dkt 40 exempted 3696.67./e-mails say 1848.33 was to be exempted. Call debtor's attorney to file C exempting 1848.33 of stock. 7.25.14 e-mail to attorney. Per 7.28.14 amended C | | | | | |
| 11 | 2001 Mercedes ML320, 132,000 miles In Debtor's Possession | $2,957.00 | $557.00 | | $0.00 | FA |
| 12 | 2012 Tax refund (u) | $7,880.00 | $7,884.00 | | $7,884.00 | FA |
| **Asset Notes:** | Conform this asset to e-mail agreement, no exemption this asset because it was not disclosed. Debtor must amend C.7.25.14 C amended, 1848.33 exemption, moved to asset 10. | | | | | |

**TOTALS (Excluding unknown value)**                                                            **Gross Value of Remaining Assets**

                                              **$364,972.55**                   **$12,095.18**                             **$12,537.93**                   **$0.00**

**Major Activities affecting case closing:**

Orders entered (8.17.15) and checks cut 8.18.15.

UST will file final report today.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2         Exhibit 8

| Case No.: | 12-45299 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | | Date Filed (f) or Converted (c): | 11/15/2012 (f) |
| For the Period Ending: | 10/10/2015 | | | §341(a) Meeting Date: | 10/08/2013 |
| | | | | Claims Bar Date: | 09/23/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Status hearing 6.3.15.

Response to trustee objection due, 5.11.15.

Reply thereto due 5.25.15.
Claim objection re-filed to claim of American Chartered, after its collateral was abandoned.
Motion to abandon American Chartered collateral granted 2.25.15. Will re-file objection to American Chartered secure claim.
Objection to Am Chartered, denied. Motion to abandon real estate (subject of secured claim) of American chartered in court 2.25.14.
Claim objection filed against American Chartered Bank, set in court 1.28.15.
Mr. de 'Medici to be employed 11.24.14 and then file claim objection re American Chartered.
Determine whether to object to priority claim #1.  11.6.14
Object to Am Chartered secured claim.
Awaiting amended C removing exemption from non disclosed personal injury and exempting 1833.34 on stock.  7.28.14
Confirmed, pursuant to the 10.9.13 e-mail between myself and debtor's attorney, debtor is to receive 50% of the amount claimed as exempt for the stock or $1848.33. 6.3.14

Must object to secured claim, American Chartered Bank since attorney has withdrawn his permission to treat it as valued at zero for distribution purposes. He admits it is partially unsecured. 6.6.14
Case was transfered to me from Mr. Crane. I went to Mr. Crane's continued meeting of creditors 10.8.13, he could not enlighten me due to a conflict in his office.

I have received a tax refund, to which debtor's counsel has filed a claim of exemption. I think it is not a valid exemption, because it was filed on a refund which was not initially disclosed. She filed the exemption only after I told her I had the refund check. She agrees with my thining, but now intends to file an amended C claiming an exemption (partial) in the stock value, which was initially disclosed.  10.8.13

8 claims filed 1 and 2 filed as priority and 3 as secured 12.30.13

Must pay exemption to debtor. 3.9.14 Must pay prior to closing b/c there is no place in forms to report payments to debtor for exemptions.  4.17.14

| **Initial Projected Date Of Final Report (TFR):** | 09/15/2015 | **Current Projected Date Of Final Report (TFR):** | | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-45299 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2459 | | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/15/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2013 | (10) | Rabobank, N.A. | Liquidation of Debtors stock, Wintruste | 1129-000 | $4,653.93 | | $4,653.93 |
| 10/03/2013 | (12) | United Stated Treasury | Tax Refund 2012 | 1224-000 | $7,884.00 | | $12,537.93 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.27 | $12,519.66 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.20 | $12,499.46 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.51 | $12,479.95 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.43 | $12,458.52 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.15 | $12,440.37 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.77 | $12,421.60 |
| 04/01/2014 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $10.57 | $12,411.03 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $19.38 | $12,391.65 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.64 | $12,371.01 |
| 06/02/2014 | 5002 | Chad Arthur | CHECK VOIDED BECAUSE THE AMOUNT ISSUED WAS INCORRECT. Email dated Oct 18, 2013 states that Schedule C was to be amended so that the client can receive 50% refund on the new exemption on the stock ($3,696.67 @ 50% =$1,848.33) | 8100-003 | | $3,696.67 | $8,674.34 |
| 06/03/2014 | 5002 | VOID: Chad Arthur | CHECK VOIDED BECAUSE THE AMOUNT ISSUED WAS INCORRECT. Email dated Oct 18, 2013 states that Schedule C was to be amended so that the client can receive 50% refund on the new exemption on the stock ($3,696.67 @ 50% =$1,848.33) | 8100-003 | | ($3,696.67) | $12,371.01 |
| 06/03/2014 | 5003 | Chad Arthur | 50% of exempt portion 2012 Federal tax refund. | 8100-002 | | $1,848.33 | $10,522.68 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.75 | $10,505.93 |
| 07/29/2014 | 5004 | Chad D. Arthur | CHECK VOIDED BECAUSE IT WAS PRINTED ON REGULAR PAPER STOCK INSTEAD OF CHECK STOCK. | 8100-002 | | $1,848.33 | $8,657.60 |
| 07/29/2014 | 5004 | VOID: Chad D. Arthur | | 8100-003 | | ($1,848.33) | $10,505.93 |
| 07/29/2014 | 5005 | Chad D. Arthur | Check stopped because previously paid in check #5003 the exemption was moved from the income tax refund to the sale of stock in the most recent schedule C. | 8100-003 | | $1,848.33 | $8,657.60 |
| | | | **SUBTOTALS** | | $12,537.93 | $3,880.33 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-45299 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2459 | | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/15/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.95 | $8,640.65 |
| 08/13/2014 | 5005 | STOP PAYMENT: Chad D. Arthur | Check stopped because previously paid in check #5003 the exemption was moved from the income tax refund to the sale of stock in the most recent schedule C. | 8100-004 | | ($1,848.33) | $10,488.98 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $17.47 | $10,471.51 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.80 | $10,455.71 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $17.96 | $10,437.75 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.21 | $10,422.54 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.81 | $10,405.73 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $17.33 | $10,388.40 |
| 02/26/2015 | 5006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $8.25 | $10,380.15 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.14 | $10,365.01 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.19 | $10,348.82 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.16 | $10,332.66 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.67 | $10,315.99 |
| 08/18/2015 | 5007 | Bruce de 'Medici | Final Account Number: ; Claim #: ; Dividend: 48.46; Amount Allowed: 5,000.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $5,000.00 | $5,315.99 |
| 08/18/2015 | 5008 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,818.96 | $3,497.03 |
| 08/18/2015 | 5009 | State of Florida - Department of Revenue | Final Account Number: ; Claim #: 1; Dividend: 0.08; Amount Allowed: 368.04; Notes: (1-1) Documentary Stamps Tax Claim; Account Number: ; Distribution Dividend: {$v | 5800-000 | | $8.34 | $3,488.69 |
| 08/18/2015 | 5010 | State of Florida - Department of Revenue | Final Account Number: ; Claim #: 2; Dividend: 33.81; Amount Allowed: 153,880.54; Notes: (2-1) Sales and Use Tax Claim; Account Number: ; Distribution Dividend: {$v | 5800-000 | | $3,488.69 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $8,657.60 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-45299 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ARTHUR, CHAD D | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2459 | | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/15/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $12,537.93 | $12,537.93 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $12,537.93 | $12,537.93 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $1,848.33 | |
|  |  |  | **Net** |  | $12,537.93 | $10,689.60 | |

| **For the period of 11/15/2012 to 10/10/2015** | | **For the entire history of the account between 10/03/2013 to 10/10/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $12,537.93 | Total Compensable Receipts: | $12,537.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,537.93 | Total Comp/Non Comp Receipts: | $12,537.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,841.27 | Total Compensable Disbursements: | $8,841.27 |
| Total Non-Compensable Disbursements: | $3,696.66 | Total Non-Compensable Disbursements: | $3,696.66 |
| Total Comp/Non Comp Disbursements: | $12,537.93 | Total Comp/Non Comp Disbursements: | $12,537.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No. | 12-45299 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | ARTHUR, CHAD D | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2459 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/15/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $12,537.93 | $12,537.93 | $0.00 |

**For the period of 11/15/2012 to 10/10/2015**

| | |
|---|---|
| Total Compensable Receipts: | $12,537.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,537.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,841.27 |
| Total Non-Compensable Disbursements: | $3,696.66 |
| Total Comp/Non Comp Disbursements: | $12,537.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/15/2012 to 10/10/2015**

| | |
|---|---|
| Total Compensable Receipts: | $12,537.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,537.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,841.27 |
| Total Non-Compensable Disbursements: | $3,696.66 |
| Total Comp/Non Comp Disbursements: | $12,537.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.